UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

------------------------------------------------------------X
In re:                                          :       Chapter 13
                                                :
Robert Zanville Bloch                           :       Case No. 26-11294
                                                :
       Debtor.                                  :
                                                :
------------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND PLAN

PLEASE TAKE NOTICE that the Debtor is moving to extend his time to file his Schedules, Statements and Plan. Any interested party objecting to the Motion must file a written objection with the Clerk of the United States Bankruptcy Court for the District of Maryland within fourteen (14) days from the date of this notice, setting forth in detail the basis of said objection with a copy being sent to the undersigned. If an objection is filed, the Court may schedule a hearing on the objection. The Court may also rule upon the motion without a hearing based upon the pleadings filed. If no objections are filed, the Court may grant the requested relief without further notification. Anyone desiring any further information may communicate with the undersigned.

NOW COMES Robert Z Bloch, debtor (the "Debtor"), and respectfully moves for an extension of time until March 6, 2026, to file his Schedules, Statements and Plan. In support hereof, Debtor states as follows:

1. This Chapter 13 case was filed on February 6, 2026, in order to stop a wage garnishment. Debtor's Schedules and Plan are due on February 20, 2026.

2. Debtor has been working on gathering the required information and preparing the schedules and plan, but require additional time to complete them. As such, it has not been possible to complete the schedules in the 14 days allowed since filing.

3. The § 341 meeting, to Debtor's knowledge, has not been scheduled, so Debtor assumes that a two-week extension to March 6 would provide the information to the Trustee and

1

interested creditors more than two weeks in advance of the meeting, which should be a sufficient time to prepare.

4. Debtor does not currently know when his first payment under the plan would be due.

WHEREFORE, Debtor respectfully requests an extension of time until March 6, 2026, to file his Schedules, Statements and Chapter 13 Plan.

Dated: February 20, 2026.

Respectfully submitted,

Robert Zanville Bloch, pro se
6311 Alcott Rd
Bethesda, MD 20817
(301) 922-0157
blochbobby@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that on this 16th day of December, 2025, I caused the foregoing Motion to be served on all creditors and parties in interest, as set forth on the attached matrix, by first class mail, postage prepaid, and upon the following by CM/ECF:

Rebecca Herr, Trustee ecf@ch13md.com

Robert Z Bloch

2