_____RETAIN

_____

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y N
                                                      Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 13


                                          Date: 04/28/2026 Time: 10:00

**CASE: 26-11294 Robert Zanville Bloch**

PRO SE Robert Zanville Bloch (Debtor)

____R. Herr _____F. Nix ✓__Ben Beatty ___Erica Daniell
          representing Rebecca A. Herr (Trustee)

[24] Objection to Confirmation of Plan Filed by BANK
OF AMERICA, N.A. (related document(s) 19 Chapter
13 Plan filed by Debtor Robert Zanville Bloch).

**MOVANT** : BANK OF AMERICA, N.A. BY D Pesachowitz

[26] Objection to Confirmation of Plan Filed by NewRez
LLC d/b/a Shellpoint Mortgage Servicing (related
document(s) 19 Chapter 13 Plan filed by Debtor
Robert Zanville Bloch).

**MOVANT** : NewRez LLC BY D Pesachowitz

[19] Chapter 13 Plan Filed by Robert Zanville Bloch.

**MOVANT** : Robert Bloch (no aty)


DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$____ Mos.__Converted to Ch_____

Denied without/with leave to amend by:_____Conf:_____Dismissed

Continued to: _____

Other Matters: (List Paper No next to ruling)

        Granted    _____      Sustained _____     Denied      19DWOL

        Overruled  _____      Withdrawn _____      Under Adv.  _____
        Moot       _____      Consent   _____      Dismissed   _____
        O.T.J. Fee _____

DECISION:

  [ ] Signed by Court          [ ] Filed by Counsel
  [ ] To be prepared by:
       [ ] Movant's counsel          [ ] Court
       [ ] Respondent's counsel      [ ] Other _____

NOTES: plan denied without leave at ecf 19.  5k behind in payments, over the
debt limits 3.3 million in claims filed.  D Failed to appear at conf. hearing
and MOC so no moc held, no 521 docs.